*****Please be advised that the use of these forms may not be proper for your specific legal situation*****
****Please make an independent determination whether use of these forms is appropriate****

## UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

COOZIE BriTTON, Jr.

§
§
§
§
§
§
§
§
§
§    Civil Case No. _____
§    (To be assigned by Clerk of Court)
§
§ **JURY TRIAL DEMANDED** ☑Yes ☐No
§         (Check one)
§
§
§
§
§

(Enter full name of each Plaintiff, above)

vs.

(Enter full name of each Defendant, above)

RubY TUESdAY

## COMPLAINT

**I. JURISDICTION.** State the grounds for filing this case in Federal Court (include federal statutes or U.S. Constitutional provisions).

28 USC 1331

ADEA

**SAMPLE COMPLAINT**             1

**II.  PLAINTIFF.**  For each Plaintiff list: name and address including City, County and State.

COOZIE Britton, Jr.
614 2nd Ave. North, APT 3
Grand Forks, Grand Forks county, ND 58203

**III.  DEFENDANT.**  For each Defendant list: name and address including City, County and State.

Ruby Tuesday
3915 32nd Ave South
Grand Forks, Grand Forks county, ND 58201

**SAMPLE COMPLAINT**                    2

**IV. CLAIM.** State the facts of your claim. Include the name of each person involved, dates and places. Be as specific as possible. Do not give any legal argument or cite any cases or statutes. Use additional sheets of paper if necessary.

SEE ENCLosue 1

**V. ADMINISTRATIVE PROCEDURES.** If applicable, state whether your claim was heard by any administrative agencies; the type of proceedings; the date and place of any proceedings; the outcome of any administrative proceedings.

**SAMPLE COMPLAINT**                          3

**VI. RELIEF.** State what you want the Court to do for you.

Back Pay, Relief for retaliation
And ANY other relief that the
Court thinks that I deserve

**VII. SIGNATURE.** Each Plaintiff must individually sign this complaint.

Signed this 16th day of January, 2019.

_____          _____
Signature of Plaintiff                         Signature of Plaintiff

COOZIE Britton, Jr.                 _____
Printed Name of Plaintiff                   Printed Name of Plaintiff

614 2nd Ave, North, APT 3           _____
Mailing Address                                Mailing Address

Grand Forks, ND 58203               _____
City, State, Zip Code                          City, State, Zip Code

218 230 4588                        _____
Telephone Number of Plaintiff               Telephone Number of Plaintiff

**SAMPLE COMPLAINT**                    4